# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

| | |
|---|---|
| RONALD E. GERBIG, | JUDGMENT IN CIVIL CASES |
|       Plaintiff, | Case No.: 09-cv-332-bbc |
|       v. | |
| STATE OF WISCONSIN, | |
|       Defendant. | |

| | |
|---|---|
| RONALD E. GERBIG, | |
|       Plaintiff, | Case No.: 09-cv-334-bbc |
|       v. | |
| SHAWN JOHNSON, | |
|       Defendant. | |

These actions came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered in each case.

### IT IS ORDERED AND ADJUDGED

These cases are dismissed against defendants.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ M. Hardin
_____
by Deputy Clerk

_____6/1/09_____
Date